JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RAE MEDLOCK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 15-9609-KK<br><br><br>JUDGMENT |

Pursuant to sentence four of Title 42 of the United States Code, section 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

Dated: October 20, 2016

　　　　　　　　　　　　　　　　　/s/ Kenly Kiya Kato
　　　　　　　　　　　　　　　　HONORABLE KENLY KIYA KATO
　　　　　　　　　　　　　　　　United States Magistrate Judge